1  BORIS FELDMAN, State Bar No. 128838
   NINA F. LOCKER, State Bar No. 123838
2  PERI NIELSEN, State Bar No. 196781
   KRISANA M. HODGES, State Bar No. 234629
3  RANDOLPH GAW, State Bar No. 223718
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100
   boris.feldman@wsgr.com; nlocker@wsgr.com;
7  pnielsen@wsgr.com; khodges@wsgr.com;
   rgaw@wsgr.com

8

9  Attorneys for Defendants
   Portal Software, Inc., John E. Little,
10 Howard A. Bain, III, and Arthur C. Patterson

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 In re PORTAL SOFTWARE, INC. SECURITIES )   CASE NO.: C-03-5138 VRW
   LITIGATION                             )
16                                         )   CLASS ACTION
   _____ )
17 This Document Relates To:              )   **STIPULATION AND [PROPOSED]**
                                          )   **ORDER EXPANDING PAGE**
18 ALL ACTIONS.                           )   **LIMITS FOR DEFENDANTS'**
                                          )   **REPLY IN SUPPORT OF THE**
19                                         )   **MOTION TO DISMISS THE THIRD**
                                          )   **AMENDED CONSOLIDATED**
20                                         )   **COMPLAINT**
                                          )
21                                         )
                                          )
22                                         )
                                          )
23                                         )

24 _____

25

26

27

28

1   WHEREAS, on May 25, 2005, the parties stipulated and the Court so ordered that Defendants may file a thirty-five (35) page motion to dismiss the Third Amended Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and that Plaintiffs may file a thirty-five (35) page opposition to that motion;

   WHEREAS, Civil Local Rule 7-3(c) provides for a fifteen (15) page limit on the reply in support of the motion by Defendants Portal Software, Inc., John E. Little, and Howard A. Bain, III, and Arthur C. Patterson (collectively, "Defendants") to dismiss the Third Consolidated Amended Complaint, scheduled to be filed on June 23, 2005;

   WHEREAS, in the interests of efficiency and economy, Defendants wish to address the new claims and allegations raised in the Third Consolidated Amended Complaint by filing a reply memorandum in further support of their motion to dismiss that exceeds the fifteen (15) page limit by no more than five (5) pages;

   WHEREAS, plaintiffs do not object to Defendants being granted permission to file a reply in excess of the page limitations set forth in Rule 7-3(c) of the Rules of Practice of the United States District Court for the Northern District of California;

   THEREFORE, the parties hereby STIPULATE as follows:

   1.   Defendants may file a reply in further support of their motion to dismiss the Third Consolidated Amended Complaint that exceeds the fifteen (15) page limit by no more than five (5) pages, exclusive of attachments.

IT IS SO STIPULATED.

Dated: June 21, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                        By:   /s/ Krisana M. Hodges
                                              Krisana M. Hodges


                                        Attorneys for Defendants PORTAL SOFTWARE,
                                        INC., JOHN E. LITTLE, HOWARD A. BAIN, III,
                                        and ARTHUR C. PATTERSON

STIPULATION AND [PROPOSED] ORDER EXPANDING           -1-
PAGE LIMITS FOR DEFENDANTS' REPLY IN SUPPORT
OF MOTION TO DISMISS, C-03-5138 VRW

| | |
|---|---|
| Dated: June 21, 2005 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | By: ___/s/ Robert M. Rothman_____ <br> Robert M. Rothman |
| | Attorneys for Plaintiffs |

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
The Honorable
United States District Court Judge

*[Seal: United States District Court, Northern District of California — Judge Vaughn R Walker]*

STIPULATION AND [PROPOSED] ORDER EXPANDING PAGE LIMITS FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS, C-03-5138 VRW     -2-

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2     I, Krisana M. Hodges, attest that concurrence in the filing of this document has been
3 obtained from each of the other signatories.  I declare under penalty of perjury under the laws of
4 the United States of America that the foregoing is true and correct.  Executed this 21st day of
5 June, 2005 at Palo Alto, California.

By:    /s/ Krisana M. Hodges
         Krisana M. Hodges

STIPULATION AND [PROPOSED] ORDER EXPANDING  -3-
PAGE LIMITS FOR DEFENDANTS' REPLY IN SUPPORT
OF MOTION TO DISMISS, C-03-5138 VRW