1  BORIS FELDMAN, State Bar No. 128838
   NINA F. LOCKER, State Bar No. 123838
2  PERI NIELSEN, State Bar No. 196781
   KRISANA M. HODGES, State Bar No. 234629
3  RANDOLPH GAW, State Bar No. 223718
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100
   boris.feldman@wsgr.com; nlocker@wsgr.com;
7  pnielsen@wsgr.com; khodges@wsgr.com;
   rgaw@wsgr.com
8
   Attorneys for Defendants
9  Portal Software, Inc., John E. Little,
   Howard A. Bain, III, and Arthur C. Patterson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re PORTAL SOFTWARE, INC. SECURITIES LITIGATION | ) ) ) | CASE NO.: C-03-5138 VRW |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | **STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER** |
| ALL ACTIONS. | ) ) | |

*(Signed: Judge Vaughn R Walker — United States District Court, Northern District of California seal)*

1 WHEREAS, pursuant to the Court's August 10, 2005 Order granting defendants' motion to dismiss the Consolidated Third Amended Complaint and allowing plaintiffs sixty (60) days to file an amended complaint, plaintiffs filed their Consolidated Fourth Amended Complaint on October 11, 2005;

WHEREAS, pursuant to Federal Rules of Civil Procedure 6 and 15(a), defendants are scheduled to respond to the Consolidated Fourth Amended Complaint on October 28, 2005, unless otherwise ordered by this Court;

WHEREAS, the parties have met and conferred and agreed, subject to the approval of the Court, to extend the time by which defendants must respond to the complaint and to set a briefing schedule for defendants' expected motion to dismiss;

NOW THEREFORE, the parties hereto STIPULATE and AGREE as follows:

1. Defendants shall answer or otherwise respond to the Consolidated Fourth Amended Complaint on or before December 9, 2005;

2. Plaintiffs shall file and serve any opposition to defendants' expected motion to dismiss on or before February 8, 2006;

3. Defendants shall file and serve any reply in further support of their expected motion to dismiss on or before March 8, 2006; and

4. The hearing on defendants' motion to dismiss shall be held on March 23, 2006 at 2:00 p.m., or on a different date to be determined by the Court.

IT IS SO STIPULATED.

Dated: October 25, 2005         WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                                By:   /s/ Krisana M. Hodges
                                         Krisana M. Hodges

                                Attorneys for Defendants PORTAL SOFTWARE,
                                INC., JOHN E. LITTLE, HOWARD A. BAIN, III,
                                and ARTHUR C. PATTERSON

STIPULATION AND [PROPOSED] SCHEDULING             -1-
ORDER, C-03-5138 VRW

Dated: October 25, 2005               GREEN WELLING LLP

                                      By:   /s/ Robert S. Green
                                            Robert S. Green

                                      Attorneys for Plaintiffs and the Class

**<u>ORDER</u>**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                  The Honorable Vaughn R. Walker
                                  United States District Court Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Krisana M. Hodges, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of October, 2005 at San Francisco, California.

By:   /s/ Krisana M. Hodges
      Krisana M. Hodges