|   |   |
|---|---|
| 1 | **GREEN WELLING LLP** |
|   | ROBERT S. GREEN (State Bar No. 136183) |
| 2 | AVIN P. SHARMA (State Bar No. 233328) |
|   | 595 Market Street Suite 2750 |
| 3 | San Francisco, CA 94105 |
|   | Telephone: (415)-477-6700 |
| 4 | Facsimile: (415)-477-6710 |
|   | E-mail: cand.uscourts@classcounsel.com |
| 5 |   |
|   | Liaison Counsel for Plaintiff and the Class |
| 6 |   |
|   | **LERACH COUGHLIN STOIA GELLER** |
| 7 | **RUDMAN & ROBBINS LLP** |
|   | SANFORD SVETCOV (State Bar No. 36561) |
| 8 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA 94111 |
| 9 | Telephone: (415)-288-4545 |
|   | Facsimile: (415)- 288-4534 |
| 10 | E-mail: ssvetcov@lerachlaw.com |
|   | – and – |
| 11 | SAMUEL H. RUDMAN |
|   | ROBERT M. ROTHMAN (*Pro Hac Vice*) |
| 12 | RUSSELL J. GUNYAN |
|   | 58 South Service Road, Suite 200 |
| 13 | Melville, NY 11747 |
|   | Telephone: (631)-367-7100 |
| 14 | Facsimile: (631)-367-1173 |
|   | E-mail: srudman@lerachlaw.com |
| 15 | E-mail: rrothman@lerachlaw.com |
|   | E-mail: rgunyan@lerachlaw.com |
| 16 |   |
|   | Lead Counsel for Plaintiffs and the Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re PORTAL SOFTWARE, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. C-03-5138-VRW<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. |   |   |

STIPULATION AND [PROPOSED] SCHEDULING ORDER - C-03-5138-VRW

1     WHEREAS, on October 3, 2006, the Court held an Initial Case Management Conference at
2 which defendants stated that they would file a motion for summary judgment by January 11, 2007;

3     WHEREAS, the Court instructed the parties to submit a proposed briefing and hearing
4 schedule for defendants' motion;

5     WHEREAS, on January 11, 2007, defendants filed a motion for summary judgment;

6     WHEREAS, the parties have met and conferred and agreed, subject to the approval of the
7 Court, on a briefing and hearing schedule;

8     NOW THEREFORE, the parties hereto STIPULATE and AGREE as follows:

9     1.     Plaintiffs shall file and serve any response to defendants' motion for summary
10 judgment on or before March 12, 2007;

11     2.     Defendants shall file and serve any reply in further support of their motion for
12 summary judgment on or before April 11, 2007;

13     3.     The hearing on defendants' motion for summary judgment shall be held on May 3,
14 2007, at 2:00 p.m., or on a different date to be determined by the Court; and

15     ~~4.     Counsel shall appear for a status conference on February 22, 2007, at 2:00 p.m.~~

16     IT IS SO STIPULATED.

17 DATED: January 18, 2007     LERACH COUGHLIN STOIA GELLER
                                                        RUDMAN & ROBBINS LLP
18                                                 ROBERT M. ROTHMAN

19                                                 */s/ Robert M. Rothman*
20                                                 ROBERT M. ROTHMAN

21                                                 58 South Service Road, Suite 200
                                                Melville, NY 11747
22                                                 Telephone: 631/367-7100
                                                631/367-1173 (fax)
23
                                                *Attorneys for Plaintiffs and the Class*

24 DATED: January 18, 2007     WILSON SONSINI GOODRICH & ROSATI
                                                        PROFESSIONAL CORPORATION
25                                                PERI NIELSEN

26
27                                                */s/ Peri Nielsen*
                                               PERI NIELSEN

28                                                650 Page Mill Road

Palo Alto, CA 94304
Telephone: 650/493-9300
650/493-6811 (fax)

*Attorneys for Defendants PORTAL SOFTWARE, INC., JOHN E. LITTLE, HOWARD A. BAIN, III and ARTHUR C. PATTERSON*

## GENERAL ORDER 45(X)

I, Avin P. Sharma, am the ECF user whose ID and password are being used to file this STIPULATION and [PROPOSED] ORDER. In compliance with General Order 45(X), I hereby attest that the above signatories concurred in this filing.

/s/
Avin P. Sharma

### [PROPOSED] ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

DATED: January 25, 2007

THE HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] SCHEDULING ORDER - C-03-5138-VRW       - 2 -