1  BORIS FELDMAN, State Bar No. 128838
   PERI NIELSEN, State Bar No. 196781
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  boris.feldman@wsgr.com;
   pnielsen@wsgr.com
6

7  Attorneys for Defendants
   Portal Software, Inc., John E. Little,
8  Howard A. Bain, III, and Arthur C. Patterson

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | In re PORTAL SOFTWARE, INC.        ) | CASE NO.: C-03-5138 VRW
      SECURITIES LITIGATION             )
14    _____   ) | CLASS ACTION
                                        )
15   This Document Relates To:          ) | **STIPULATION AND [PROPOSED]**
                                        ) | **SCHEDULING ORDER**
16   ALL ACTIONS.                       )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
     _____    )
22

23

24

25

26

27

28

1  WHEREAS, on January 11, 2007, defendants filed a motion for summary judgment, the response to which was due on March 12, 2007;

WHEREAS, on March 9, 2007, the parties reached an agreement in principle to settle the above-captioned litigation;

WHEREAS, the parties have met and conferred and agreed, subject to the approval of the Court, to the following schedule;

NOW THEREFORE, the parties hereto STIPULATE and AGREE as follows:

1. Plaintiffs shall file their motion for preliminary approval of the settlement on May 3, 2007;

2. The hearing on the motion for preliminary approval of the settlement shall occur on June 7, 2007.

IT IS SO STIPULATED.

Dated: March 27, 2007                WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By:   /s/ Peri Nielsen
                                              Peri Nielsen

                                     Attorneys for Defendants PORTAL SOFTWARE,
                                     INC., JOHN E. LITTLE, HOWARD A. BAIN, III,
                                     and ARTHUR C. PATTERSON


Dated: March 27, 2007                LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP


                                     By:   /s/ Robert M. Rothman
                                              Robert M. Rothman

                                     Attorneys for Plaintiffs and the Class

**ATTESTATION**

I, Peri Nielsen, am the ECF User whose identification and password were used to file this Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45.X.B, I hereby attest that Robert M. Rothman, Esq. has concurred in this filing.

Dated: March 27, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Peri Nielsen
    Peri Nielsen

Attorneys for Defendants PORTAL SOFTWARE, INC., JOHN E. LITTLE, HOWARD A. BAIN, III, and ARTHUR C. PATTERSON

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2007

The Honorable Vaughn R Walker
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

STIPULATION AND [PROPOSED] SCHEDULING ORDER, C-03-5138 VRW      -3-